JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TINA TAFOYA,

         Petitioner,

   v.

CHARLESTON C. IWUAGWU,
Warden,

         Respondent.

NO. CV 17-4492-CJC (AGR)

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed.

DATED: March 9, 2020

                               CORMAC J. CARNEY
                     United States District Judge